```
Tamara L. Equals, #137047
Kirsten O. Zumwalt, #227997
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
```
G:\DOCS\LEV\3. Signed Orders to be Processed\04cv1187.o.227.wpd.wpd

Attorneys for Defendants FIREMAN'S FUND INSURANCE COMPANY and FIREMAN'S FUND AGRIBUSINESS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R. MURPHY, MAREN D. MURPHY and MURPHY FARMS,<br><br>        Plaintiffs,<br><br>   v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, FIREMAN'S FUND AGRIBUSINESS, INC. and DOES 1-10,<br><br>        Defendants. | Case No. CIV.S-04-1187 DFL GGH<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON**<br><br>(Fed. R. Civ. P. 41(a))<br><br>(Assigned to The Honorable David F. Levi ) |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

    1.    The complaint of Plaintiffs DENNIS R. MURPHY, MAREN D. MURPHY and MURPHY FARMS in the above-captioned action may be and hereby is dismissed with prejudice as against Defendants FIREMAN'S FUND INSURANCE COMPANY and FIREMAN'S FUND AGRIBUSINESS, INC.

///
///
///
///

    2.  Each party shall bear their own attorneys' fees and costs, incurred in connection with the above-captioned action.

Dated: February ___, 2006          LANG, RICHERT & PATCH, P.C.

                                      By _____
                                           Tamara L. Equals,
                                           Attorneys for Defendants FIREMAN'S FUND INSURANCE COMPANY and FIREMAN'S FUND AGRIBUSINESS, INC.

Dated: February ___, 2006          LAW OFFICES OF GEOFFREY O. EVERS

                                      By _____
                                           Geoffrey O. Evers,
                                           Attorneys for Plaintiffs DENNIS R. MURPHY, MAREN D. MURPHY and MURPHY FARMS

## **ORDER**

IT IS HEREBY ORDERED that:

    1.  Plaintiffs' complaint in this matter is dismissed with prejudice as against Defendants FIREMAN'S FUND INSURANCE COMPANY and FIREMAN'S FUND AGRIBUSINESS, INC.

    2.  Each party shall bear their own attorneys' fees and costs incurred in connection with the above-captioned action.

DATED: 2/24/ 2006

                                           _____
                                           DAVID F. LEVI
                                           United States District Judge

PROOF OF SERVICE BY MAIL

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 5200 North Palm, Fourth Floor, Fresno, California 93704.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; the correspondence referred to below would be deposited with the United States Postal Service on the date of execution hereof in the ordinary course of business.

On the date of execution hereof, at my place of business, I served the foregoing described as **STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON** on the parties to be noticed in said action, by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing following ordinary business practices and addressed as follows for deposit in the United States Postal Service:

| | |
|---|---|
| Geoffrey O. Evers, Esq.<br>LAW OFFICES OF GEOFFREY O. EVERS<br>3415 American River Drive, Suite B<br>Sacramento, California 95864 | Michael Stevens, Esq.<br>Henke-Bufkin<br>1109 Van Buren<br>Post Office Box 1124<br>Oxford, MS 38655 |
| | W. Kurt Henke<br>Henke-Bufkin<br>Post Office Box 39<br>Clarksdale, MS 38614 |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on February 27, 2006, at Fresno, California.

_____
Constance G. Dewey